Jamil L. White (SBN No. 244028)
Matthew Mellen (SBN No. 233350)
LOUIS I WHITE & ASSOCIATES
6049 Douglas Blvd., Suite 2
Granite Bay, CA 95746
Tel: (877) 992-5291     Fax: (916)779-4177
jwhite@zwalaw.com; mmellen@zwawlaw.com;

Attorney for Plaintiff,
WILLIAM A. SMITH

FILED
JUL 9 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| WILLIAM ALLEN SMITH, individually and on behalf of the General Public of the State of California, <br><br> Plaintiff, <br><br> NATIONAL CITY MORTGAGE, a subsidiary of National City Bank; KONDAUR CAPITAL CORP.; individually and as successor in interest to NATIONAL CITY MORTGAGE, and DOES 1 to 50, <br><br> Defendants, | Case No.:   2:10-cv-00359-JAM-JFM <br><br> *Assigned to: Hon. John A. Mendez* <br><br> [~~PROPOSED~~] ORDER |

This Court having considered the unopposed Ex Parte Application for order continuing defendant NATIONAL CITY MORTGAGE's July 21, 2010 Motion to Dismiss and Motion to Strike (hereinafter "Motions") filed by Plaintiff WILLIAM ALLEN SMITH; Certification of Jamil L. White; Declaration of William Allen Smith; the pleadings, papers, and records on file;_____; and for good cause appearing:

| | |
|---|---|
| 1 | IT IS HEREBY ORDERED that Defendant NATIONAL CITY |
| 2 | MORTGAGE's Motions will be continued and heard by Honorable John A. Mendez |
| 3 | of the United States District Court for the Eastern District of California, in |
| 4 | Courtroom 6, located at 501 I Street, Sacramento, CA 95814 on the |
| 5 | __18th__ day of ~~August~~ __August__, 2010, at ~~8:30 a.m.~~ |
| 6 | __9:30__ a.m./**p.m.**. Plaintiff's opposition to Defendant NATIONAL CITY |
| 7 | MORTGAGE's Motions, and any reply thereto, will be scheduled according to the |
| 8 | Federal Rules of Civil Procedure and/or Local Rules. |

DATED __7-7-2010__

_____
The Honorable John A. Mendez,
UNITED STATES DISTRICT JUDGE

- 2 -
[PROPOSED] ORDER