Jamil L. White (Bar No. 244028)
Matthew Mellen (Bar No. 233350)
WHITE | MELLEN
5600 H Street, Suite 100
Sacramento, CA 95819
Telephone:    (916) 594-7241
Facsimile:    (916) 594-7247

Attorneys for Plaintiff
WILLIAM ALLEN SMITH

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| WILLIAM ALLEN SMITH, an individual, | Case No.: 2:10-cv-00359-JAM-JFM |
| Plaintiff, | **APPLICATION AND ORDER TO SERVE THE CALIFORNIA SECRETARY OF STATE** |
| v. | |
| NATIONAL CITY MORTGAGE, a business entity; UNITED LENDERS GROUP, a business entity; JEFF MOORE, an individual; KONDAUR CAPITAL CORP., a business entity; and Does 1 through 100, inclusive, | |
| Defendants. | |

Plaintiff hereby requests an order to serve the California Secretary of State on behalf of Defendant United Lenders Group, a business enitity, named in the entitled case.

Defendant United Lenders Group, a business entity, was served on John Smoth, as Agent for Service of Process for Defendant United Lenders Group, by mail at the address registered with the California Secretary of State on April 20, 2011. Service was returned to our office as "Undeliverable." First Legal was then hired to attempt personal service on John Smoth. First Legal attempted to serve Mr. Smoth on May 6, 2011, and was unsuccessful at personally serving him at the building in which the registered business address is located. The given address is vacant without a forwarding address. An affidavit of due diligence has been obtained and was mailed to the Court on

PDF created with pdfFactory trial version www.pdffactory.com

May 16, 2011.  (See Affidavit of Reasonable Diligence on United Lenders Group, attached as Exhibit "A.")

**IT IS HEREBY ORDERED** that Plaintiff's application is granted.

DATED: May 19, 2011                                    /s/ John A. Mendez_____

                                                                    U.S. DISTRICT COURT JUDGE