Brian H. Gunn (SBN 192594)
Kimberly A. Paese (SBN 258594)
*kapaese@wolfewyman.com*
**WOLFE & WYMAN LLP**
2175 N. California Blvd., Suite 645
Walnut Creek, California 94596-3502
Telephone:  (925) 280-0004
Facsimile:   (925) 280-0005

**Attorneys for Defendant**
**PNC BANK, NATIONAL ASSOCIATION, AS SUCCESSOR BY MERGER TO NATIONAL CITY BANK, PREVIOUSLY DOING BUSINESS AS "NATIONAL CITY MORTGAGE"**

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| WILLIAM ALLEN SMITH, an individual,<br><br>           Plaintiff,<br><br>     v.<br><br>NATIONAL CITY MORTGAGE, a business entity; UNITED LENDERS GROUP, a business entity, JEFF MOORE, an individual; KONDAUR CAPITAL CORP., a business entity and DOES 1 through 100, inclusive,<br><br>           Defendants. | Case No.: 2:10-cv-00359-JAM-JFM<br><br>Honorable John A. Mendez<br><br>**ORDER GRANTING STIPULATION TO CONTINUE EXPERT DISCLOSURE UNDER PRE-TRIAL SCHEDULING ORDER AND FEDERAL RULE OF CIVIL PROCEDURE, RULE 26**<br><br>[*Filed Concurrently With Stipulation To Continue Expert Disclosure Under Pre-Trial Scheduling Order And Federal Rule of Civil Procedure, Rule 26*]<br><br>Trial Date: November 5, 2012 |

Upon the stipulation of the parties, and good cause appearing, the Court ORDERS as follows:

The initial expert disclosure date of April 13, 2012, pursuant to Federal *Rule of Civil Procedure*, Rule 26(a)(2), and as originally set forth on the Pre-Trial Scheduling Order, is hereby extended to May 14, 2012**.**  The disclosure of supplemental and any rebuttal experts under Federal *Rule of Civil Procedure*, Rule 26(a)(2)(c), is hereby extended to May 28, 2012.

IT IS SO ORDERED.

DATED: 4/13/2012

/s/ John A. Mendez_____
HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

**[PROPOSED] ORDER**

PDF created with pdfFactory trial version www.pdffactory.com