**Brian H. Gunn (SBN 192594)**
**Kimberly A. Paese (SBN 258594)**
*kapaese@wolfewyman.com*
**WOLFE & WYMAN LLP**
2175 N. California Blvd., Suite 645
Walnut Creek, California 94596-3502
Telephone: (925) 280-0004
Facsimile: (925) 280-0005

**Attorneys for Defendant**
**PNC BANK, NATIONAL ASSOCIATION, AS SUCCESSOR BY MERGER TO NATIONAL CITY BANK, PREVIOUSLY DOING BUSINESS AS 'NATIONAL CITY MORTGAGE' (NAMED AS "NATIONAL CITY MORTGAGE" AND "NATIONAL CITY BANK")**

**Jamil L. White (Bar No. 244028)**
**Michael D. Maloney (Bar No. 208297)**
**LOUIS | WHITE**
5600 H Street, Suite 100
Sacramento, California 95819
Telephone: (916) 594-7241
Facsimile: (916) 594-7247

**Attorneys for Plaintiff,**
**WILLIAM ALLEN SMITH**

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| WILLIAM ALLEN SMITH, an individual,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL CITY MORTGAGE, a business entity; UNITED LENDERS GROUP, a business entity, JEFF MOORE, an individual; KONDAUR CAPITAL CORP., a business entity and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 2:10-cv-00359-JAM-JFM<br><br>Honorable John A. Mendez<br><br>**ORDER RE STIPULATION TO RESUME DEPOSITION OF PLAINTIFF ON JUNE 13, 2012, *i.e.*, A DATE AFTER THE DISCOVERY CUT-OFF DATE**<br><br>[*Filed Concurrently with Stipulation to Resume Deposition of Plaintiff on June 13, 2012, i.e., A Date After the Discovery Cut-Off Date*] |

[PROPOSED] ORDER RE STIPULATION TO RESUME DEPOSITION OF PLAINTIFF ON JUNE 13, 2012, i.e., A DATE AFTER THE DISCOVERY CUT-OFF

1091693.1
PDF created with pdfFactory trial version www.pdffactory.com

1  Upon the stipulation of the parties, and good cause appearing, the Court ORDERS as
2  follows:
3  Defendant PNC BANK, NATIONAL ASSOCIATION, as successor by merger to National
4  City Bank (previously doing business as "National City Mortgage") is hereby be permitted to resume
5  the deposition of plaintiff WILLIAM ALLEN SMITH on June 13, 2012.
6  IT IS SO ORDERED.
7  DATED:   6/8/2012

/s/ John A. Mendez
HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

1
**[PROPOSED] ORDER RE STIPULATION TO RESUME DEPOSITION OF PLAINTIFF ON JUNE 13, 2012, i.e., A DATE AFTER THE DISCOVERY CUT-OFF**

1091693.1

PDF created with pdfFactory trial version www.pdffactory.com