| | |
|---|---|
| 1 | **Brian H. Gunn (SBN 192594)** |
| | **Kimberly A. Paese (SBN 258594)** |
| 2 | *kapaese@wolfewyman.com* |
| | **WOLFE & WYMAN LLP** |
| 3 | **2175 N. California Blvd., Suite 645** |
| | **Walnut Creek, California 94596-3502** |
| 4 | **Telephone:  (925) 280-0004** |
| | **Facsimile:   (925) 280-0005** |
| 5 | |
| | **Attorneys for Defendant** |
| 6 | **PNC BANK, NATIONAL ASSOCIATION, AS SUCCESSOR BY MERGER TO NATIONAL CITY BANK, PREVIOUSLY DOING BUSINESS AS 'NATIONAL CITY MORTGAGE'** |
| 7 | **(NAMED AS "NATIONAL CITY MORTGAGE" AND "NATIONAL CITY BANK")** |
| 8 | **Jamil L. White (Bar No. 244028)** |
| | **Michael D. Maloney (Bar No. 208297)** |
| 9 | **LOUIS | WHITE** |
| | **5600 H Street, Suite 100** |
| 10 | **Sacramento, California  95819** |
| | **Telephone:     (916) 594-7241** |
| 11 | **Facsimile:       (916) 594-7247** |
| 12 | **Attorneys for Plaintiff,** |
| | **WILLIAM ALLEN SMITH** |
| 13 | |

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | | |
|---|---|---|
| 16 | WILLIAM ALLEN SMITH, an individual, | Case No.: 2:10-cv-00359-JAM-JFM |
| 17 | Plaintiff, | Honorable John A. Mendez |
| 18 | v. | **ORDER RE STIPULATION TO RESUME DEPOSITION OF PLAINTIFF ON JUNE 13, 2012, *i.e.*, A DATE AFTER THE DISCOVERY CUT-OFF DATE** |
| 19 | NATIONAL CITY MORTGAGE, a business entity; UNITED LENDERS GROUP, a business entity, JEFF MOORE, an individual; KONDAUR CAPITAL CORP., a business entity and DOES 1 through 100, inclusive, | |
| 20 | | |
| 21 | | [*Filed Concurrently with Stipulation to Resume Deposition of Plaintiff on June 13, 2012, i.e., A Date After the Discovery Cut-Off Date*] |
| 22 | Defendants. | |

[PROPOSED] ORDER RE STIPULATION TO RESUME DEPOSITION OF PLAINTIFF ON JUNE 13, 2012, i.e., A DATE AFTER THE DISCOVERY CUT-OFF

1091693.1
PDF created with pdfFactory trial version www.pdffactory.com

Upon the stipulation of the parties, and good cause appearing, the Court ORDERS as follows:

Defendant PNC BANK, NATIONAL ASSOCIATION, as successor by merger to National City Bank (previously doing business as "National City Mortgage") is hereby be permitted to resume the deposition of plaintiff WILLIAM ALLEN SMITH on June 13, 2012.

IT IS SO ORDERED.

DATED:   6/8/2012

                                    /s/ John A. Mendez
                                    HONORABLE JOHN A. MENDEZ
                                    UNITED STATES DISTRICT COURT JUDGE

1091693.1
PDF created with pdfFactory trial version www.pdffactory.com