1  Brian H. Gunn (SBN 192594)
   Kimberly A. Paese (SBN 258594)
2  kapaese@wolfewyman.com
   WOLFE & WYMAN LLP
3  2175 N. California Blvd., Suite 645
   Walnut Creek, California 94596-3502
4  Telephone:  (925) 280-0004
   Facsimile:  (925) 280-0005
5
   Attorneys for Defendant
6  PNC BANK, NATIONAL ASSOCIATION, AS SUCCESSOR
   BY MERGER TO NATIONAL CITY BANK, PREVIOUSLY
7  DOING BUSINESS AS "NATIONAL CITY MORTGAGE"

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10                  SACRAMENTO DIVISION

| | |
|---|---|
| 11  WILLIAM ALLEN SMITH, an individual, | Case No.: 2:10-cv-00359 JAM JFM |
| 12        Plaintiff, | Assigned to the Honorable John A. Mendez |
| 13   v. | **ORDER RE: MOTION FOR SUMMARY JUDGMENT OR ALTERNATIVELY PARTIAL SUMMARY JUDGMENT** |
| 14  NATIONAL CITY MORTGAGE, a business entity; UNITED LENDERS GROUP, a business entity; JEFF MOORE, an individual; KONDAUR CAPITAL CORP., a business entity and DOES 1 through 100, inclusive, | Date:  August 8, 2012<br>Time:  9:30 a.m.<br>Place: Courtroom 6, 14th Floor |
| 17        Defendants. | |

**[PROPOSED] ORDER**

On August 8, 2012, the motion by defendant PNC BANK, NATIONAL ASSOCIATION, AS SUCCESSOR BY MERGER TO NATIONAL CITY BANK, PREVIOUSLY DOING BUSINESS AS "NATIONAL CITY MORTGAGE" (hereinafter, "PNC Bank") for summary judgment, or alternatively partial summary judgment, on the sole claim asserted against PNC Bank by plaintiff WILLIAM ALLEN SMITH (hereinafter, "Plaintiff") for fraud, came on regularly for hearing in Courtroom 6, 14th floor, of the above-mentioned court, located at 501 "I" Street, Sacramento, California. All appearances were duly noted on the record.

After full consideration of the evidence and both the written and oral submissions by the parties, the Court memorialized its rulings on the record. For the reasons stated in detail therein, IT IS HEREBY ORDERED AS FOLLOWS:

The motion for summary judgment is DENIED.

The motion for partial summary judgment is DENIED in part and GRANTED in part as follows:

1. Finding a triable issue of material fact, the Court DENIES partial summary judgment based upon the affirmative defense of waiver/ratification.

2. Finding a triable issue of material fact, the Court DENIED partial summary judgment as to the claim for fraud based upon the contention that the subject loan "was supposed to be a conventional 30 years fixed loan, instead it was a 10 Years Interest Only."

3. Finding a triable issue of material fact, the Court DENIES partial summary judgment as to the claim for fraud based upon the contention that the "[t]he down payment on the [subject loan] was double what was previously disclosed to [him] by [National City Mortgage's] pre-approval".

4. Finding a triable issue of material fact, the Court DENIES partial summary judgment as to the claim for fraud based upon the contention that "[a]t signing Plaintiff was advised that since [National City Mortgage] had requested that [he] sign for receiving Notice of Right to Cancel [he] should just sign and go over the new terms of the loan at home and decide whether to accept them or not."

///

5. Finding no triable issue of material fact, the Court GRANTS partial summary judgment as to the claim for fraud based upon the contention that National City Mortgage "suggested that [he] should find ways to reduce [his] debt in order to be considered for a loan modification".

6. Finding no triable issue of material fact, the Court GRANTS partial summary judgment as to the claim for fraud based upon the contention that "authorized representatives of [National City Mortgage] advised [him] that if [he] ma[de] the 3 trial payments timely [he] would receive a permanent modification".

7. Finding a triable issue of material fact, the Court DENIES partial summary judgment as to the claim for fraud based upon the contention that "[w]hile [National City Mortgage] was assuring [him] that the permanent modification papers [were] forthcoming and requesting more paperwork form (sic.) [him], [National City Mortgage] was selling [the] loan under market value".

**IT IS SO ORDERED.**

DATED: 8/23/2012

/s/ John A. Mendez
HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

Approved as to form:

DATED: August 21, 2012				WOLFE & WYMAN LLP


						By: /s/ Kimberly Paese
						    KIMBERLY A. PAESE
						**Attorneys for Defendant**
						**PNC BANK, NATIONAL ASSOCIATION, AS SUCCESSOR BY MERGER TO NATIONAL CITY BANK, PREVIOUSLY DOING BUSINESS AS 'NATIONAL CITY MORTGAGE' (NAMED AS "NATIONAL CITY MORTGAGE" AND "NATIONAL CITY BANK")**


DATED: August 21, 2012				LOUIS | WHITE


						By: /s/ Michael Maloney
						    JAMIL L. WHITE
						    MICHAEL MALONEY
						**Attorneys for Plaintiff**
						**WILLIAM ALLEN SMITH**

**[PROPOSED] ORDER**